UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TONYA JOHNSON

_____,
                    Plaintiff(s),

                v.

DIVERSIFIED
 COLLECTION SERVICES   ,
                    Defendant(s).
_____/

CASE NO.  C 12-01866 JSC _____

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

        Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

        **Court Processes:**
        ☐  Non-binding Arbitration (ADR L.R. 4)
        ☐  Early Neutral Evaluation (ENE)   (ADR L.R. 5)
        ☑  Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR must participate in an
ADR  phone conference and may not file this form.  They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

        **Private Process:**
        ☐  Private ADR *(please identify process and provider)*  _____
_____

The parties agree to hold the ADR session by:
        ☑  the presumptive deadline *(The deadline is 90 days from the date of the order
        referring the case to an ADR process unless otherwise ordered. )*

        ☐  other requested deadline _____

Dated:  8/27/2012 _____                   _/s/ G. Thomas Martin, III _____
                                          Attorney for Plaintiff

Dated:  8/27/2012 _____                   _/s/ Elizabeth E. Franklin _____
                                          Attorney for Defendant

CONTINUE TO FOLLOWING PAGE

**[PROPOSED] ORDER**

☑      The parties' stipulation is adopted and IT IS SO ORDERED.

☐      The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated:   10/25/2012

_____

Jacqueline Scott Corley

UNITED STATES MAGISTRATE JUDGE

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11